VINCENT TOMARCHIO v. TOWNSHIP OF GREENWICH.

September 23, 1976. Certification to Division of Workmen's Compensation is granted.

DIVISION 540, AMALGAMATED TRANSIT UNION, AFL-CIO
v. MERCER COUNTY IMPROVEMENT AUTHORITY.

October 8, 1976. Petition for certification granted.

STANLEY OLEN v. TERENCE MELIA.

October 8, 1976. Petition for certification denied. (See 141 *N. J. Super.* 111)

STATE OF NEW JERSEY v. HENRY VACCARO.

October 8, 1976. Petition for certification denied. (See 142 *N. J. Super.* 167)

BOROUGH OF GLASSBORO v. BRENDAN T. BYRNE.

October 8, 1976. Petition for certification denied. (See 141 *N. J. Super.* 19)